# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 4:05CR85 HEA |
| | ) |
| SCOTT WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR APPOINTMENT OF CO-COUNSEL

This matter is before the Court upon defendant Scott Williams' motion for appointment of co-counsel.

Volume VII of the *Guide to Judiciary Policies and Procedures: Appointment of Counsel in Criminal Cases* (Administrative Office of the United States Courts) (hereinafter referred to as the *Guide*) provides for the compensation of co-counsel in an extremely difficult case. *See Guide*, ¶ 2.11 B. In an extremely difficult case where the Court finds it is in the interest of justice to appoint an additional attorney, each attorney is eligible to receive the maximum compensation allowable under the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

Given defendant's reasons for the appointment of co-counsel, *e.g.* number of counts in the indictment, length to the alleged conspiracy, amount of discovery, and that the defendant is proceeding to trial, the Court finds that the appointment of co-counsel in

-1-

this difficult case is necessary and is in the interest of justice. *See Guide*, ¶ 2.11 B. Therefore, the Court will grant defendant's motion and appoint Carter Collins Law as co-counsel to appointed counsel Kevin L. Schriener pursuant to 18 U.S.C. § 3006A, and *Guide* ¶ 2.11 B.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Williams' motion for the appointment of co-counsel to assist appointed counsel is hereby **GRANTED**. *See Guide*, ¶ 2.11 B.

**IT IS FURTHER ORDERED** that Carter Collins Law, E.D. Mo. Bar #111108 (address: 141 N. Meramec Avenue, Suite 20, Clayton, Missouri 63105; phone: (314) 721-7095; fax: (314) 863-7096), is hereby appointed pursuant to 18 U.S.C. § 3006A as co-counsel in the instant case to assist appointed counsel Kevin L. Schriener and is eligible to receive the maximum compensation allowable under the CJA for her representation.

HENRY E. AUTREY
**UNITED STATES DISTRICT JUDGE**

Dated this 9sth day of November, 2005.