UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:05CR85 HEA |
| SCOTT WILLIAMS, | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing for the above-named defendant previously set for Friday, April 14, 2006, is reset to Thursday, April 13, 2006, at 10:30 a.m. This hearing will be held in the courtroom of the undersigned.

Dated this 7th day of April, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE